To Whom It May Concern:

Re: Darin Duncan

As an attending physician at UT Health Science Center at Houston I had the pleasure of having Darin Duncan as a student during his Internal Medicine Ward service rotation. He was an outstanding student who contributed significantly to the functioning of our team and to the quality of patient care. Darin demonstrated superior medical judgment for a third year medical student, was very enthusiastic during rounds, and devoted significant efforts into improving patient care.

The most noteworthy event occurred during the first day of the rotation with him. Darin had been on service a few days earlier when I and my new residents took over. Although the new team had not yet rounded on this set of patients, Darin alerted me to a patient who critically ill. We broke rounds to go see the patient, who was in the middle of a critical arrhythmia. Darin's efforts led to our successful stabilizing of the patient who was transferred to the ICU and was later found to have large bilateral pulmonary emboli. During the episode Darin was able to provide a complete medical history which led to successful resuscitation of the patient. Darin continued to display similar excellence in clinical judgment during his rotation with me.

It is for these reasons that I recommend Darin Duncan for the position of house officer. I believe he will be successful in whatever specialty he enters. His drive and intellectual curiosity will be an asset to your institution. He is a team player and puts patient care as first priority. Please feel free to contact me with any questions. Darin has waived the right to read this evaluation.

Ikenna Ogbaa, M.D.

Assistant Professor

Division of General Medicine

University of Texas

Health Science Center at Houston