29 September 2008

RE: Letter of Recommendation for Darin Duncan

To Whom It May Concern:

I have worked with and supervised 1LT Duncan in the Texas Army National Guard.

Our unit provides periodic health assessments, over 40 physical examinations, evaluations for medical profiles, examinations for fitness for aviation, airborne, Special Forces, and rangers training, immunizations, and first aid teaching for soldiers of the Texas National Guard. Several times throughout the year we do the medical portion of Soldier Readiness Programs, whereby soldiers are evaluated for medical fitness for deployment. Each summer we participate in Operation Lone star, providing health care in South Texas to illegal aliens.

1LT Duncan has participated in all of these activities over the last 3 ½ years. In addition, he has completed Medical Officers Basic Course and completed a 7 week mini-residency in aviation medicine to qualify as flight medical officer.

Over this period of time 1LT Duncan impressed me with his eagerness to learn and his persistence in doing a task thoroughly until completed.

He is very friendly, out going, engaging, and respected by both enlisted and officers.

He is a team player first, but capable of independent, critical, decision making analysis.

His strongest points are his honesty, compassion, thoroughness, and dependability.

He will be an asset to your program.

I recommend him in the highest.

I can be contacted to answer any questions.

Respectfully;

*[signature]*

Charles Killingsworth, MD
COL, MC, FS, Texas Medical Command
Medical Director Compensation and Pension
Michael E. DeBakey VA Medical Center
2002 Holcombe
Houston, TX 77030
713-791-1414ext4619
Email:charles.killingsworth@va.gov