4:09 CV 715

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | March 16, 2009 |
| NAME OF SERVER (PRINT) Michael Peterson | TITLE Pro Se |

United States District Court
Southern District of Texas
FILED

MAR 18 2009

Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified Mail, Return Receipt

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | Pro Se | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/18/09
            Date

Signature of Server

PO Box 27389
Houston TX 77227

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of TEXAS

DARIN DUNCAN,

Plaintiff

v.

UNIVERSITY OF TEXAS HEALTH
SCIENCE CENTER at HOUSTON,

Defendant

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 4:09-cv-00715

TO: (Name and address of Defendant)

UTHSCH
LARRY R. KAISER, M.D., PRESIDENT
7000 FANNIN, SUITE 1200
HOUSTON, TEXAS 77030

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RANDALL KALLINEN
ATTORNEY AT LAW
TEXAS JUSTICE CENTER
511 BROADWAY STREET
HOUSTON, TEXAS 77012
TELEPHONE 713/320-3785

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY

CLERK

(By) DEPUTY CLERK

MAR 16 2009

DATE