IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARIN DUNCAN, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. |
| | § | 4:09-CV-00715 |
| UNIVERSITY OF TEXAS HEALTH | § | |
| SCIENCE CENTER at HOUSTON, | § | |
| Defendant. | § | |

**ORDER ON CONSENT MOTION FOR EXTENSION OF TIME**

Came on this date for consideration the Consent Motion for Extension of Time for Defendant The University of Texas Health Science Center at Houston to Answer, Move or Otherwise Respond to Plaintiff's Original Complaint. The Court having considered the Motion is of the opinion that it is well-founded and should be GRANTED. It is therefore:

ORDERED that the Consent Motion for Extension of Time for Defendant The University of Texas Health Science Center at Houston to Answer, Move or Otherwise Respond to Plaintiff's Original Complaint is hereby GRANTED.

It is further ORDERED that Defendant shall file its response to Plaintiff's Original Complaint on or before April 13, 2009.

Signed this the _____ day of April, 2009.

_____
HON. EWING WERLEIN, JR
UNITED STATES DISTRICT JUDGE