IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARIN DUNCAN, | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. |
| | § | 4:09-CV-00715 |
| UNIVERSITY OF TEXAS HEALTH | § | |
| SCIENCE CENTER at HOUSTON, | § | |
|     Defendant. | § | |

**CERTIFICATE OF INTERESTED PERSONS
BY THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON**

TO THE HONORABLE EWING WERLEIN, JR., UNITED STATES DISTRICT JUDGE:

Pursuant to the Court's Order dated March 13, 2009, Defendant The University of Texas Health Science Center at Houston, hereby states that the following persons are interested in this action:

1. Darin Duncan; and

2. The University of Texas Health Science Center at Houston.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Litigation

ROBERT B. O'KEEFE
Chief, General Litigation Division

/s/ Mishell B. Kneeland
**Mishell B. Kneeland**

_____

*UTHSC's Certificate of Interested Persons*      1

Texas Bar No. 24038256
Southern District Bar No. 313250
Assistant Attorney General
Attorney in Charge

General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas  78711-2548
mishell.kneeland@oag.state.tx.us
512-475-4099
512-320-0667 *fax*

*ATTORNEYS FOR DEFENDANT THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of April, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the all counsel of record in this matter.

 /s/ Mishell B. Kneeland
**Mishell B. Kneeland**
Assistant Attorney General

___