UNITED STATES DISTRICT COURT
SOUTHERN DIVISION OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DARIN DUNCAN,** | )( | |
| **Plaintiff,** | )( | **CIVIL ACTION NO.: 4:09-CV-00715** |
| **V.** | )( | |
| **UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER at HOUSTON,** | )( | |
| | )( | |
| **Defendant.** | | |

### PLAINTIFF DARIN DUNCAN'S CERTIFICATE OF INTERESTED PARTIES

NOW COMES PLAINTIFF and files his certificate of interested parties and sets forth as follows:

Darin Duncan, plaintiff
c/o Randall L. Kallinen
511 Broadway Street
Houston, Texas 77012
Telephone:     713/320-3785

Randall L. Kallinen, plaintiff's attorney
511 Broadway Street
Houston, Texas 77012
Telephone:     713/320-3785

The University of Texas Health Science Center at Houston, defendant
c/o Mishell B. Kneeland
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:     512/475-4099

RESPECTFULLY SUBMITTED,
LAW OFFICE OF RANDALL L. KALLINEN

/S/ Randall L. Kallinen

_____
Randall L. Kallinen
State Bar of Texas No. 00790995
Southern District of Texas Bar No.: 19417
Admitted, Fifth US Circuit Court of Appeals
511 Broadway Street
Houston, Texas 77012
Telephone:     713/320-3785
E-mail:          AttorneyKallinen@aol.com
Attorney for Plaintiff, Darin Duncan

## NOTICE OF ELECTRONIC FILING

I certify that I have served the foregoing to counsel and pro se parties listed below in accordance with the Electronic Case Filing System of the U.S. District Court for the Southern District of Texas, on this the 2nd day of April, 2009.

Mishell B. Kneeland
Assistant Attorney General
Attorney in Charge
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

/S/ Randall L. Kallinen

_____
Randall L. Kallinen