UNITED STATES DISTRICT COURT
SOUTHERN DIVISION OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DARIN DUNCAN,** | )( | |
| **Plaintiff,** | )( | **CIVIL ACTION NO.: 4:09-CV-00715** |
| **V.** | )( | |
| **UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER at HOUSTON,** | )( | |
| | )( | |
| **Defendant.** | | |

## ORDER ON MOTION FOR PARTIAL DISMISSAL

On this day came on to be considered the University of Texas Health Science Center at Houston's Motion for Partial Dismissal and the responses thereto and the motion is DENIED.

DATE:

_____, 2009  _____
**HONORABLE EWING WERLEIN, JR, PRESIDING**
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF TEXAS, HOUSTON