| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| RECUSAL ORDER | Case Number   4:09cv715 |
|---|---|
| Style | Duncan v. University of Texas Health Science Center at Houston |
| ORDER | I stand recused in this case.<br>Deadlines in scheduling orders continue in effect.<br>Court settings are vacated. |

Signed:

*Ewing Werlein, Jr.*,
United States District Judge

Date:   July 10, 2009