IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DARIN DUNCAN** | § | |
| | § | |
| | § | |
| **versus** | § | **CIVIL ACTION NO. H-09-715** |
| | § | |
| | § | |
| **UNIVERSITY OF TEXAS HEALTH** | § | |
| **SCIENCE CENTER AT HOUSTON** | § | |

## NOTICE OF HEARING

Parties are advised that a Scheduling Conference is set for September 4, 2009, at 1:30 p.m., before United States District Judge Vanessa D. Gilmore in Courtroom 9A, 9th Floor of the United States Courthouse located at 515 Rusk, Houston, Texas. A Joint Discovery Case Management Plan must be filed by August 28, 2009.

                    Michael Milby, Clerk


                    By B. Esthela Mares, Case Manager to
                    U. S. District Judge Vanessa D. Gilmore

Date:  July 16, 2009