IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARIN DUNCAN,<br>*Plaintiff* | § § § | |
| V. | § § | CIVIL ACTION NO.<br>4:09-CV-00715 |
| UNIVERSITY OF TEXAS HEALTH<br>SCIENCE CENTER AT HOUSTON,<br>*Defendant* | § § § § | |

## ORDER ON MOTION FOR PARTIAL DISMISSAL

Before the Court for consideration is the University of Texas Health Science Center at Houston's Motion for Partial Dismissal. Having considered Defendant's Motion, Plaintiff's Opposition, any reply, and all pleadings on file, the Court is of the opinion that the motion is well founded and that it should be granted. It is therefore:

ORDERED that the University of Texas Health Science Center at Houston's Partial Motion to Dismiss GRANTED; and it is further

ORDERED that all of Plaintiff's claims except for those under Section 504 of the Rehabilitation Act are DISMISSED.

Signed this the 4th day of September, 2009.

HON. EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE
Vanessa D. Gilmore