

# ATTORNEY GENERAL OF TEXAS
## GREG ABBOTT

**MISHELL B. KNEELAND**
Assistant Attorney General
General Litigation Division

PHONE: (512) 463-2120
FAX: (512) 320-0667
EMAIL: Mishell.Kneeland@oag.state.tx.us

February 2, 2010

*Electronically Filed with ECF System*

The Honorable Vanessa Gilmore
United States Courthouse
515 Rusk Ave., Room 9513
Houston, Texas 77002

      RE:    *Darin Duncan v. University of Health Science Center at Houston*;
                  In the USDC, Southern District of Texas, Houston Division; No. 4:09-CV-00715

Dear Judge Gilmore:

      Per my conversation with your chambers this afternoon, I submit this request for a hearing on discovery issues pursuant to Procedure 4.D.[1] Plaintiff's failure to serve initial disclosures or responses to UTHSC-H's First Request for Production to Plaintiff and First Set of Interrogatories, which were served on November 10, 2009, is hampering my ability to prepare this case in accordance with the deadlines set forth in the Court's scheduling order of September 8, 2009.

      As an initial matter, Plaintiff has never served his Rule 26(a)(1) Disclosures, despite my repeated requests. *See* Letter of October 26, 2009, Letter of November 10, 2009, and Email of January 8, 2010. Those were, by my calculations, due on September 18, 2009. Defendant timely sent Initial Disclosures to Plaintiff.

      Nor has Plaintiff responded to Defendant's Interrogatories or RFPs. *See* Letter of November 10, 2009, corrected Certificate of Service, and Emails of January 8 and 29, 2010. Those were served by certified mail and the responses were due by December 14, 2009. After I contacted Mr. Kallinen, and after the deadline for response, Plaintiff on January 8 requested an extension of time. I consented to such an extension if Plaintiff would agree that his objections to the RFPs and Interrogatories were waived. Mr. Kallinen did not respond. I received no responses on the 20th and finally contacted Mr. Kallinen on the 29th. He told me by email that he would respond to all outstanding discovery by Monday, February 1. I have not received any discovery.

---

[1] Because Mr. Kallinen does not have a fax machine, I am filing this letter in the record to effect service on Mr. Kallinen.

POST OFFICE BOX 12548, AUSTIN, TEXAS 78711-2548 TEL: (512) 463-2100
WEB: WWW.OAG.STATE.TX.US
*An Equal Employment Opportunity Employer · Printed on Recycled Paper*

I contacted Mr. Kallinen today by email to let him know that I planned to call the Court. I have not had a response.

Nor has Mr. Kallinen provided dates for Plaintiff's deposition, as I requested on November 10, 2009.

I request that Plaintiff be ordered to immediately answer the outstanding RFPs and Interrogatories, without objections, which have been waived. I also request that he be ordered to provide initial disclosures.

Respectfully submitted,

Mishell B. Kneeland
Assistant Attorney General
General Litigation Division

brc
cc: Randall Kallinen (by ECF)
Client Agency



# ATTORNEY GENERAL OF TEXAS
## GREG ABBOTT

**MISHELL B. KNEELAND**
Assistant Attorney General
General Litigation Division

PHONE: (512) 463-2120
FAX: (512) 320-0667
EMAIL: Mishell.Kneeland@oag.state.tx.us

October 26, 2009

Randall L. Kallinen
511 Broadway St.
Houston, TX 77012

RE: *Darin Duncan v. University of Health Science Center at Houston*;
In the USDC, Southern District of Texas, Houston Division; No. 4:09-CV-00715

Dear Mr. Kallinen:

Please be advised that I have no record of receiving Plaintiff's Rule 26(a) Disclosures in the above-referenced case. According to my calculations, the disclosures were due on September 18, 2009, more than one month ago.

Please provide Plaintiff's Disclosures as soon as possible. Thank you for your cooperation in this matter.

Very truly yours,

Mishell B. Kneeland

Mishell B. Kneeland
Assistant Attorney General
General Litigation Division

brc
cc: Client Agency



## ATTORNEY GENERAL OF TEXAS
### GREG ABBOTT

**MISHELL B. KNEELAND**
Assistant Attorney General
General Litigation Division

PHONE: (512) 463-2120
FAX:   (512) 320-0667
EMAIL: Mishell.Kneeland@oag.state.tx.us

November 10, 2009

*By facsimile and email*

Randall L. Kallinen
511 Broadway St.
Houston, TX  77012

    RE:    *Darin Duncan v. University of Health Science Center at Houston*;
             In the USDC, Southern District of Texas, Houston Division; No. 4:09-CV-00715

Dear Mr. Kallinen:

I enclose the following discovery requests:

- UTHSC-H's Request for Admissions to Plaintiff;
- UTHSC-H's First Request for Production to Plaintiff; and
- UTHSC-H's First Set of Interrogatories to Plaintiff.

Also, as I explained in my letter of October 23, 2009, I have not of received Plaintiff's Rule 26(a)(1) Disclosures, which were due on September 18, 2009. I have not duplicated in the discovery requests any requests for information that Plaintiff was required to disclose in his Rule 26(a)(a) Disclosures and reserve the right to move to compel responses to the required disclosures, although I hope that will not become necessary.

Finally, please provide dates that Mr. Duncan is available for his deposition.

                                        Very truly yours,

                                        Mishell B. Kneeland
                                        Assistant Attorney General
                                        General Litigation Division

brc
cc:    Client Agency

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARIN DUNCAN,<br>    Plaintiff | § § § § | |
| V. | § § | CIVIL ACTION NO. 4:09-CV-00715 |
| UNIVERSITY OF TEXAS HEALTH<br>SCIENCE CENTER AT HOUSTON,<br>    Defendant. | § § § | |

### UTHSC-H'S AMENDED CERTIFICATE OF SERVICE RE: DISCOVERY

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of:

- UTHSC-H's Request for Admissions to Plaintiff;
- UTHSC-H's First Request for Production to Plaintiff; and
- UTHSC-H's First Set of Interrogatories to Plaintiff.

were sent by First Class Mail, Return Receipt Requested (CMRRR # 7007 0220 0000 5713 5971) on the 10th day of November, 2009, to:

Randall L. Kallinen
511 Broadway St.
Houston, TX 77012
*Attorney for Plaintiff*

                                                                                                       */s/ Mishell B. Kneeland*
                                                                                                        MISHELL B. KNEELAND
                                                                                                        Assistant Attorney General

| | |
|---|---|
| From: | Mishell Kneeland |
| To: | attorneykallinen@aol.com |
| CC: | Bonnie Chester |
| Date: | 1/8/2010 8:30 AM |
| Subject: | Re: Discovery |

Mr. Kallinen,

Had you asked in advance of the due date for an extension, I could perhaps have accommodated you. As it is, all objections to the outstanding discovery have been waived. IAnd I really have no idea why you were unable to provide even Rule 26 disclosures in a timely fashion. I will have to confer with my client about whether or not to file a motion to compel prior to the 20th.

Mishell


>>> <attorneykallinen@aol.com> 01/08/10 8:08 AM >>>

Dear Ms. Kneeland,

I hope all is well. I am preparing for trial and been very busy as well as a little under ther weather. I apologize for the lateness of discovery responses, however, I am shooting for the 20th to serve them. I hope this okay and again I apologize for the lateness. Thank you.

Sincerely,
Randall L. Kallinen
Attorney and Counselor at Law
511 Broadway Street
Houston, Texas 77012
Telephone: 713/320-3785
E-mail: AttorneyKallinen@aol.com

WARNING: Confidential; Attorney/Client Privilege
This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use ,disclosure or distribution is strictly prohibited. This e-mail concerns legal matters and contains information protected by attorney/client privilege; attorney work product privilege; investigation privilege as well as other possible privileges and none of these privileges are waived. Dissemination, forwarding, discussing, or sharing of this e-mail or its content is forbidden. Please notify the lawyer named above if you receive this message and you are not the intended recipient.
=

| | |
|---|---|
| From: | Mishell Kneeland |
| To: | attorneykallinen@aol.com |
| CC: | Chester, Bonnie |
| Date: | 1/8/2010 10:32 AM |
| Subject: | Re: Discovery |

Mr. Kallinen,

If you will acknowledge that Plaintiff's objections to the Interrogatories an Requests for Production have been waived and will agree to get us those, plus your Rule 26 disclosures, and to withdraw the improper objections and supplement the responses to RFAs 13, 14, 16-18, my client agrees not to move to compel until after the 20th. Please let me know.

Best,
Mishell

>>> <attorneykallinen@aol.com> 1/8/2010 8:08 AM >>>

Dear Ms. Kneeland,

I hope all is well. I am preparing for trial and been very busy as well as a little under ther weather. I apologize for the lateness of discovery responses, however, I am shooting for the 20th to serve them. I hope this okay and again I apologize for the lateness. Thank you.

Sincerely,
Randall L. Kallinen
Attorney and Counselor at Law
511 Broadway Street
Houston, Texas 77012
Telephone: 713/320-3785
E-mail: AttorneyKallinen@aol.com

WARNING: Confidential; Attorney/Client Privilege
This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use ,disclosure or distribution is strictly prohibited. This e-mail concerns legal matters and contains information protected by attorney/client privilege; attorney work product privilege; investigation privilege as well as other possible privileges and none of these privileges are waived. Dissemination, forwarding, discussing, or sharing of this e-mail or its content is forbidden. Please notify the lawyer named above if you receive this message and you are not the intended recipient.
=

|  |  |
|---|---|
| **From:** | Mishell Kneeland |
| **To:** | AttorneyKallinen@aol.com |
| **CC:** | Chester, Bonnie |
| **Date:** | 1/29/2010 2:14 PM |
| **Subject:** | Fwd: Re: Discovery |

Mr. Kallinen,

I have now requested responses to the discovery several times. They are beyond late. In accordance with Judge Gilmore's procedure 4.D, please let me know whether you agree to the terms outlined below. If not, I will be calling the case manager to seek a hearing. Please let me know by COB today.

Mishell

>>> Mishell Kneeland 1/8/2010 10:32 AM >>>
Mr. Kallinen,

If you will acknowledge that Plaintiff's objections to the Interrogatories an Requests for Production have been waived and will agree to get us those, plus your Rule 26 disclosures, and to withdraw the improper objections and supplement the responses to RFAs 13, 14, 16-18, my client agrees not to move to compel until after the 20th. Please let me know.

Best,
Mishell

>>> <attorneykallinen@aol.com> 1/8/2010 8:08 AM >>>

Dear Ms. Kneeland,

I hope all is well. I am preparing for trial and been very busy as well as a little under ther weather. I apologize for the lateness of discovery responses, however, I am shooting for the 20th to serve them. I hope this okay and again I apologize for the lateness. Thank you.

Sincerely,
Randall L. Kallinen
Attorney and Counselor at Law
511 Broadway Street
Houston, Texas 77012
Telephone: 713/320-3785
E-mail: AttorneyKallinen@aol.com

WARNING: Confidential; Attorney/Client Privilege
This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use ,disclosure or distribution is strictly prohibited. This e-mail concerns legal matters and contains information protected by attorney/client privilege; attorney work product privilege; investigation privilege as well as other possible privileges and none of these privileges are waived. Dissemination, forwarding, discussing, or sharing of this e-mail or its content is forbidden. Please notify the lawyer named above if you receive this message and you are not the intended recipient.
=

**From:** Mishell Kneeland
**To:** attorneykallinen@aol.com
**CC:** Chester, Bonnie
**Date:** 1/29/2010 2:21 PM
**Subject:** Re: Discovery

Mr. Kallinen,

Your response does not indicate whether or not you plan to assert objections, which have been waived. Please let me know.

Mishell

>>> <attorneykallinen@aol.com> 1/29/2010 2:18 PM >>>

Dear Ms. Kneeland,

I will have this accomplished and fully responded to by this Monday. Thank you.


Sincerely,
Randall L. Kallinen
Attorney and Counselor at Law
511 Broadway Street
Houston, Texas 77012
Telephone: 713/320-3785
E-mail: AttorneyKallinen@aol.com

WARNING: Confidential; Attorney/Client Privilege
This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use ,disclosure or distribution is strictly prohibited. This e-mail concerns legal matters and contains information protected by attorney/client privilege; attorney work product privilege; investigation privilege as well as other possible privileges and none of these privileges are waived. Dissemination, forwarding, discussing, or sharing of this e-mail or its content is forbidden. Please notify the lawyer named above if you receive this message and you are not the intended recipient.


-----Original Message-----
From: Mishell Kneeland <mishell.kneeland@oag.state.tx.us>
To: attorneykallinen@aol.com
Cc: Bonnie Chester <bonnie.chester@oag.state.tx.us>
Sent: Fri, Jan 29, 2010 2:14 pm
Subject: Fwd: Re: Discovery


Mr. Kallinen,
I have now requested responses to the discovery several times. They
re beyond late. In accordance with Judge Gilmore's procedure 4.D,
lease let me know whether you agree to the terms outlined below. If
ot, I will be calling the case manager to seek a hearing. Please let
e know by COB today.

Mishell
>>> Mishell Kneeland 1/8/2010 10:32 AM >>>
r. Kallinen,
If you will acknowledge that Plaintiff's objections to the
nterrogatories an Requests for Production have been waived and will
gree to get us those, plus your Rule 26 disclosures, and to withdraw
he improper objections and supplement the responses to RFAs 13, 14,
6-18, my client agrees not to move to compel until after the 20th.
lease let me know.
Best,
ishell
>>> <attorneykallinen@aol.com> 1/8/2010 8:08 AM >>>
Dear Ms. Kneeland,
I hope all is well. I am preparing for trial and been very busy as
ell as a little under ther weather. I apologize for the lateness of
iscovery responses, however, I am shooting for the 20th to serve them.
 hope this okay and again I apologize for the lateness. Thank you.

incerely,
andall L. Kallinen
ttorney and Counselor at Law
11 Broadway Street
ouston, Texas 77012
elephone: 713/320-3785
-mail: AttorneyKallinen@aol.com
WARNING: Confidential; Attorney/Client Privilege
his e-mail message is covered by the Electronic Communications Privacy
ct, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review,
se ,disclosure or distribution is strictly prohibited. This e-mail
oncerns legal matters and contains information protected by
ttorney/client privilege; attorney work product privilege;
nvestigation privilege as well as other possible privileges and none of
hese privileges are waived. Dissemination, forwarding, discussing, or
haring of this e-mail or its content is forbidden. Please notify the
awyer named above if you receive this message and you are not the
ntended recipient.

| | |
|---|---|
| **From:** | Mishell Kneeland |
| **To:** | AttorneyKallinen@aol.com |
| **CC:** | Chester, Bonnie |
| **Date:** | 2/2/2010 11:33 AM |
| **Subject:** | Duncan |

I am going to need to call the Court to schedule a hearing.