This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

SOUTHERN DISTRICT OF TEXAS

### Notice of Electronic Filing

The following transaction was entered on 3/29/2010 at 10:25 AM CDT and filed on 3/26/2010
**Case Name:**          Duncan v. University ot Texas Health Science Center at Houston
**Case Number:**    4:09-cv-00715
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TELEPHONE CONFERENCE Minute Entry for proceedings held before Judge Vanessa D Gilmore. held on 3/26/2010. Plaintiff to respond to Interrogatories and production of documents by 4/15/10. Defendant granted leave to file Motion to Compel if non-compliance after the 15th. Appearances: Randall Lee Kallinen, Mishell B Kneeland.(Court Reporter: Jeanette Byers), filed.(emares, )**

**4:09-cv-00715 Notice has been electronically mailed to:**

Mishell B Kneeland     mishell.kneeland@oag.state.tx.us, bonnie.chester@oag.state.tx.us, suzanne.doud@oag.state.tx.us

Randall Lee Kallinen     attorneykallinen@aol.com

**4:09-cv-00715 Notice has not been electronically mailed to:**

EXHIBIT A