| | |
|---|---|
| **From:** | Mishell Kneeland |
| **To:** | attorneykallinen@aol.com |
| **CC:** | Chester, Bonnie |
| **Date:** | 4/12/2010 4:54 PM |
| **Subject:** | Re: Expert Witness |

Mr. Kallinen,

Unfortunately, Defendant cannot agree to your request. Plaintiff's deadline under the Scheduling Order was March 1, 2010. You simply failed to respond and Judge Gilmore's granting of additional time was lucky for you, but continues to prejudice my client, as I cannot prepare our defense.

On that note, please let me know dates in June that your client is available for deposition. I would love to take his deposition sooner, but am very booked the next month and a half.

Thanks,
Mishell


Mishell B. Kneeland
Assistant Attorney General
Texas Attorney General's Office
General Litigation Division
Post Office Box 12548
Austin, Texas 78711
(512) 475-4082 (direct)
(512) 320-0667 (fax)
e-mail: mishell.kneeland@oag.state.tx.us

This communication may contain information that is proprietary, privileged as an attorney client communication or attorney work product, confidential, or otherwise legally exempt from disclosure. It is intended exclusively for the individual or entity to which it is addressed. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message. If you have received this message in error, please notify the sender immediately and delete all copies of the message.


>>> <attorneykallinen@aol.com> 4/12/2010 10:10 AM >>>

Dear Ms. Kneeland,

I hope all is well. Pursuant to the court's request plaintiff wil file a motion to extend the expert witness desigantaion to May 15, 2010. Plaintiff will agree to extend the defendant's deadline the same time length. Is defendant opposed to extending this expert witness deadline ? Thank you.

Sincerely,
Randall L. Kallinen
Attorney and Counselor at Law
511 Broadway Street
Houston, Texas 77012
Telephone: 713/320-3785
E-mail: AttorneyKallinen@aol.com



EXHIBIT B

WARNING: Confidential; Attorney/Client Privilege
This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use ,disclosure or distribution is strictly prohibited. This e-mail concerns legal matters and contains information protected by attorney/client privilege; attorney work product privilege; investigation privilege as well as other possible privileges and none of these privileges are waived. Dissemination, forwarding, discussing, or sharing of this e-mail or its content is forbidden. Please notify the lawyer named above if you receive this message and you are not the intended recipient.


Sincerely,
Randall L. Kallinen
Attorney and Counselor at Law
511 Broadway Street
Houston, Texas 77012
Telephone: 713/320-3785
E-mail: AttorneyKallinen@aol.com

WARNING: Confidential; Attorney/Client Privilege
This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use ,disclosure or distribution is strictly prohibited. This e-mail concerns legal matters and contains information protected by attorney/client privilege; attorney work product privilege; investigation privilege as well as other possible privileges and none of these privileges are waived. Dissemination, forwarding, discussing, or sharing of this e-mail or its content is forbidden. Please notify the lawyer named above if you receive this message and you are not the intended recipient.



-----Original Message-----
From: Mishell Kneeland <mishell.kneeland@oag.state.tx.us>
To: attorneykallinen@aol.com
Cc: Bonnie Chester <bonnie.chester@oag.state.tx.us>
Sent: Fri, Jan 8, 2010 10:37 am
Subject: Re: Discovery


Mr. Kallinen,
In addition, the responses to RFAs 6-8 are improper.  Please also
upplement those in accordance with Federal Rule of Civil Procedure
6(a).
Thanks,
ishell
>>> <attorneykallinen@aol.com> 1/8/2010 8:08 AM >>>
Dear Ms. Kneeland,
I hope all is well.  I am preparing for trial and been very busy as
ell as a little under ther weather.  I apologize for the lateness of
iscovery responses, however, I am shooting for the 20th to serve them.
 hope this okay and again I apologize for the lateness.  Thank you.

incerely,
andall L. Kallinen
ttorney and Counselor at Law
11 Broadway Street
ouston, Texas 77012

elephone: 713/320-3785
-mail: AttorneyKallinen@aol.com
WARNING: Confidential; Attorney/Client Privilege
his e-mail message is covered by the Electronic Communications Privacy
ct, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review,
se ,disclosure or distribution is strictly prohibited. This e-mail
oncerns legal matters and contains information protected by
ttorney/client privilege; attorney work product privilege;
nvestigation privilege as well as other possible privileges and none of
hese privileges are waived. Dissemination, forwarding, discussing, or
haring of this e-mail or its content is forbidden. Please notify the
awyer named above if you receive this message and you are not the
ntended recipient.