| | |
|---|---|
| **From:** | <attorneykallinen@aol.com> |
| **To:** | <mishell.kneeland@oag.state.tx.us> |
| **Date:** | 4/17/2010 4:28 PM |
| **Subject:** | Interrogatory Responses |
| **Attachments:** | Duncan.Interrog answers.pdf |

Dear Ms. Kneeland,

Attached please find plaintiff's interrogatory responses in PDF. My printer quit printing my PDF and Works files Thursday, April 15, 2010. I hope this is satisfactory service as the Rules now allow for e-mail service.

I have already served by mail the documents responsive to defendant's RFP.

Sincerely,
Randall L. Kallinen
Attorney and Counselor at Law
511 Broadway Street
Houston, Texas 77012
Telephone: 713/320-3785
E-mail: AttorneyKallinen@aol.com

WARNING: Confidential; Attorney/Client Privilege
This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use ,disclosure or distribution is strictly prohibited. This e-mail concerns legal matters and contains information protected by attorney/client privilege; attorney work product privilege; investigation privilege as well as other possible privileges and none of these privileges are waived. Dissemination, forwarding, discussing, or sharing of this e-mail or its content is forbidden. Please notify the lawyer named above if you receive this message and you are not the intended recipient.

EXHIBIT C