| | |
|---|---|
| **From:** | Mishell Kneeland |
| **To:** | Chester, Bonnie |
| **Date:** | 12/30/2009 3:49 PM |
| **Subject:** | Fwd: Admissions atty's fees |

>>> <attorneykallinen@aol.com> 12/22/2009 5:00 PM >>>

Dear Ms. Kneeland,

In today's letter you incorrectly state plaintiff's RFAs are late. The certificate of service on defendant's RFAs state were served Nov. 10 by email and FAX both of which are improper service under the federal rules (email is improper service without permission in writing). Furthermore, it is not even possible to serve by fax as I have no fax number so the certificate of service is false. Service by email is only allowed if plaintiffs have agreed in writing. Please provide the writing where plaintiff agreed to the service by email as there is none. If you would have claimed in the certificate that there was timely service by US mail then you add 3 days under the federal rules which is a Sunday, Dec 13, 2009, making the next business day Dec 14, 2009, timely service under the Rules. Check Rules 6 a(3) and (d).

Plaintiff will asks for attorney's fees and show the judge this email notice regarding the Rules if any filing tries to claim the RFAs are late. Thanks.


Sincerely,
Randall L. Kallinen
Attorney and Counselor at Law
511 Broadway Street
Houston, Texas 77012
Telephone: 713/320-3785
E-mail: AttorneyKallinen@aol.com

WARNING: Confidential; Attorney/Client Privilege
This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use ,disclosure or distribution is strictly prohibited. This e-mail concerns legal matters and contains information protected by attorney/client privilege; attorney work product privilege; investigation privilege as well as other possible privileges and none of these privileges are waived. Dissemination, forwarding, discussing, or sharing of this e-mail or its content is forbidden. Please notify the lawyer named above if you receive this message and you are not the intended recipient.



EXHIBIT
E