**DR.  KENNETH  EUGENE  LEHRER**

(Consulting / Forensic Economist)

**DR. KENNETH E. LEHRER** has been operating an Economic and Financial Services Consulting company since 1980.  He holds four (4) degrees from New York University: Bachelor of Science (Finance), Master of Business Administration (Banking), Master of Arts (Economics) and a Doctorate in Urban Economics.  After a career on the corporate staff of Bankers Trust Company (New York), Dr. Lehrer became a Manager for the Greek Shipper, Costas Lemos [dec'd].  Here, he assisted on projects in New York, Houston, Denver, Guam and in Europe.  Dr. Lehrer relocated to Houston in 1977.

The organization, formed in 1982, is experienced in many areas of - Economics, Finance, Economic Damage Analysis (including Business and Technology Losses), Banking, Business, ESOP and Non Public Business Valuations, Securities, Healthcare, Fairness and Advisory Opinions, Intellectual Property Valuations, Real Estate and Corporate Finance.  The company both prepares institutional economic / finance reports, feasibility analysis, corporate business plans and provides litigation support (having been qualified in both State and Federal Courts) in the areas of - economics, real estate, banking, corporate and IP valuations, class actions and finance.  Dr. Lehrer, served for approximately twenty (20) years (1984 – 2002) as an Adjunct Professor of Finance at the University of Houston, Graduate School of Business Administration and is presently an Adjunct Professor of Finance and Economics at the University of Phoenix (Houston Division).  Dr. Lehrer is also a speaker at business, economic and real estate seminars.

Dr. Lehrer has served as Chairman of the Board of Directors for the Federal Home Loan Bank of Dallas as agent for the Federal Savings and Loan Insurance Corporation of - Acadia Savings and Loan Association, French Market Homestead Savings, Twin City Savings, First Savings of Louisiana.  Presently, Dr. Lehrer is the Senior Economist and a Director of Aztec Oil and Gas, a publicly traded corporation.

On a professional basis, Dr. Lehrer is a Texas State Certified General Real Estate Appraiser (License TX-1337797-G) and is recognized by the National Association of Real Estate Appraisers.  With his firm, he is a member of - National Association of Business Economists, American Academy of Economic and Financial Experts, American Law and Economics Association, Houston Business Economists, National Forensic Center, National Association of Forensic Economists, American Economic Association, North American Economics and Finance Association, Southern Economic Association, Western Economic Association and the Finance Club and Money Marketeers, both affiliated with New York University.

Dr. Lehrer is registered with the Securities and Exchange Commission as an Investment Advisor under the Investment Advisors Act of 1940 and has held the Full Registration / General Securities (Series 7) and Texas Securities (Series 63) Licenses.  He is listed in all editions of "Who's Who In America" since the 45th edition.

- - -

Office Phone (713) 972-7912     FAX (713) 964-0444     E-Mail  drken@lehecoserv.com

Web Site    www.LEHECOSERV.com

LEHRER  FINANCIAL  AND  ECONOMIC  ADVISORY  SERVICES      5555 DEL  MONTE  DRIVE - SUITE 802 / HOUSTON,  TEXAS  77056 - 4117