# UNITED STATES DISTRICT COURT
## SOUTHERN DIVISION OF TEXAS
### HOUSTON DIVISION

DARIN DUNCAN,                          )(

           **Plaintiff,**       )(          **CIVIL ACTION NO.: 4:09-CV-00715**

**V.**                                  )(

**UNIVERSITY OF TEXAS HEALTH**          )(
**SCIENCE CENTER at HOUSTON,**

                   )(

           **Defendant.**

## ORDER

On this day came on to be considered LT. DUNCAN'S OPPOSED MOTION TO AMEND SCHEDULING ORDER and TO EXPEDITE and the responses thereto, if any, and the motion is GRANTED.

Plaintiff's expert designation date is May 14, 2010.

Defendant's expert designation date is ~~June 30~~, 2010.

DATE:

_June 2_____, 2010   _____

                                  **HONORABLE VANESSA D. GILMORE, PRESIDING**
                                  UNITED STATES DISTRICT COURT JUDGE
                                  SOUTHERN DISTRICT OF TEXAS, HOUSTON