**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| DARIN DUNCAN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO.H-09-715 |
| | § | |
| UNIVERSITY OF TEXAS HEALTH | § | |
| SCIENCE CENTER AT HOUSTON | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

For the reasons stated in the Court's Order granting Defendant University of Texas

Health Science Center at Houston's Motion for Summary Judgment (**Instrument No. 38**), signed

on the 10th day of December, 2010, this action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT.**

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 10th day of December, 2010, at Houston, Texas.

                                   **VANESSA D. GILMORE**
                                   **UNITED STATES DISTRICT JUDGE**