United States Court of Appeals
Fifth Circuit

# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

**FILED**
April 10, 2012

Lyle W. Cayce
Clerk

United States Courts
Southern District of Texas
FILED

MAY 4 2012

David J. Bradley, Clerk of Court

No. 11-20025

D.C. Docket No. 4:09-CV-715

DARIN DUNCAN,

      Plaintiff - Appellant

v.

UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON,

      Defendant - Appellee

Appeal from the United States District Court for the
Southern District of Texas, Houston

Before SMITH, GARZA, and SOUTHWICK, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: MAY 02 2012

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
Deputy
New Orleans, Louisiana

MAY 02 2012